UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 19 AM 10:13

'08 MJ 1553

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**Samuel GARCIA-Sanchez,** Defendant

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the United States

The undersigned complainant, being duly sworn, states:

On or about **May 15, 2008** within the Southern District of California, defendant, **Samuel GARCIA-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF MAY 2008

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Samuel GARCIA-Sanchez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 15, 2008, Border Patrol Agent B. Beaton was performing Border Patrol night scope duties near Jacumba, California. Agent Beaton was operating a hand held Infrared night scope on a highpoint known as "The Solar Panels."

At approximately 10:55 p.m., Agent Beaton observed approximately 10 suspected illegal aliens running toward Old Highway 80 near the Jacumba Tow Yard. This area is located about two miles north of the United States/Mexico International Border and approximately 23 miles east of the Tecate, California Port of Entry. Also, this area is heavily traveled by illegal aliens attempting to further their entry north into the United States. Agent Beaton relayed this information, via Agency radio, to Supervisory Border Patrol Agent M.L. Espino who was working in the area. Agent Beaton maintained observation of the group, which stopped just west of Old Highway 80, until Agent Espino arrived. Utilizing the infrared scope, Agent Beaton guided Agent Espino to the group's location. At approximately 11:00 p.m., Agent Espino approached the group and identified himself as a United States Border Patrol Agent. Due to the above mentioned factors, each subject, including one later identified as the defendant **Samuel GARCIA-Sanchez**, was questioned individually as to his or her citizenship and nationality. All of the subjects individually admitted to being citizens and nationals of Mexico illegally present in the United States. They also admitted to not having the proper documents to enter or remain in the United States legally. At 11:10 p.m., all subjects were placed under arrest and transported to the Boulevard Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 7, 2008** through **Harlingen, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on May 17, 2008 at 10:00 A.M.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 15, 2008,** in violation of Title **8**, United States Code, Section **1326**.

Anthony J. Battaglia
United States Magistrate Judge

5/17/08 12:05 pm
Date/Time